**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00194-BNB

PIROUZ SEDAGHATY,

      Applicant,

v.

RENE GARCIA, Warden,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      The letter (ECF No. 4) filed on February 11, 2013, by Applicant asks that his wife in Portland, Oregon, be copied on all filings in this case.  The request is DENIED.  Applicant's wife is not a party to his lawsuit.  Applicant's wife may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance.  Applicant is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

      Applicant continues to have thirty (30) days from the February 6, 2013, order (ECF No. 3) in which to cure the deficiencies in this case.  Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated:  February 13, 2013