IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00194-CMA-KLM

PIROUZ SEDAGHATY,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Applicant's Motion to Dismiss (Doc. # 19) and Respondent's Response In Support of Applicant's Motion to Dismiss (Doc. # 20). Upon review of these documents and pursuant to Fed. R. Civ. P. 41(a)(2), the Court construes Applicant's Motion as a request for voluntary dismissal. It is hereby

ORDERED that the Motion to Dismiss (Doc. # 19) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

DATED: April __04__, 2013

                                                    BY THE COURT:

                                                    _/s/ Christine M. Arguello_

                                                    CHRISTINE M. ARGUELLO
                                                    United States District Court Judge